IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELVIN WILLIS,
Petitioner,

v.                                                          Case No. 19–CV–00961–JPG

UNITED STATES OF AMERICA,
Respondent.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Melvin Willis' Motion

to Vacate, Set Aside, or Correct Sentence is **DISMISSED** without a certificate of appealability.

**Dated: Monday, May 11, 2020**                **MARGARET M. ROBERTIE**
                                               **CLERK OF COURT**

                                               **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
               **J. PHIL GILBERT**
               **UNITED STATES DISTRICT JUDGE**